# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-1398**  **September Term, 2012**

SEC-77FR56365

**Filed On: March 22, 2013** [1426903]

American Petroleum Institute, et al.,

    Petitioners

  v.

Securities and Exchange Commission,

    Respondent

------------------------------

Oxfam America,
    Intervenor

    **BEFORE:**    Circuit Judges Tatel and Brown, and Senior Circuit Judge Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 22, 2013 at 9:54 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

  Eugene Scalia, counsel for Petitioners.

  William K. Shirey (SEC), counsel for Respondent.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                      Shana E. Thurman
                                      Deputy Clerk